**Doris JACKSON, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

No. 02–6379.

United States Court of Appeals, Fourth Circuit.

Submitted June 14, 2002.

Decided June 27, 2002.

Doris Jackson, Appellant Pro Se. Lisa Blue Boggs, Assistant United States At-

torney, Greensboro, North Carolina, for Appellee.

Before WILLIAMS, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Doris Jackson appeals the district court's order denying her 28 U.S.C. § 1651 (1994) petition for a writ of coram nobis. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Jackson v. United States,* Nos. CR–92–38 G; CA–01–634–1 (M.D.N.C. Feb. 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*